Reversed and Remanded and Opinion filed February 13, 2003









Reversed and Remanded and Opinion filed February 13,
2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-02-01290-CV

____________

 

SAVAS SARAGOSA, JR. AND REBECCA A. SARAGOSA,
INDIVIDUALLY AND AS NEXT FRIEND OF COLE SARAGOSA, Appellants

 

V.

 

MICKEY HOUSE, JERRY PURDON, AND THE CITY OF TEXAS
CITY, TEXAS, Appellees

 



 

On
Appeal from the 212th District Court

Galveston
County, Texas

Trial
Court Cause No. 00CV1261

 



 

M
E M O R A N D U M   O P I N I O N

This is an appeal from a judgment
signed November 7, 2002.

On February 10, 2003,  the parties filed a joint motion to
reverse the judgment and remand the cause to the trial court for further
proceedings in accordance with the parties= settlement agreement.  See Tex. R. App. P. 42.1. 
The motion is granted.

Accordingly, the judgment is reversed and the cause remanded
to the trial court for further proceedings in accordance with the parties= settlement agreement.








 

PER CURIAM

 

Judgment rendered and Opinion
filed February 13, 2003.

Panel consists of Justices Yates,
Hudson, and Frost.